ENLOW, PARKER *v*. STATE OF INDIANA.

[Nos. 0-435 and 29,077.   Filed January 26, 1956.]

*James Franklin Enlow, pro se.*
*Walter Joseph Parker, pro se.*

PER CURIAM.—Appellants have filed a verified petition for an order of this court authorizing them to take a belated appeal. One of the essentials for the granting of such a petition is that the petitioners state a *prima facie* case showing merit in the proposed appeal. *State ex rel. Casey* v. *Murray* (1952), 231 Ind. 74, 106 N. E. 2d 911. Petitioners have failed to show any merit in the appeal.

Petition denied.

NOTE.—Reported in 131 N. E. 2d 466.

DOBSON *v*. CRIMINAL COURT OF MARION COUNTY, DIVISION ONE.

[No. 0-433.   Filed February 7, 1956.]

*Richard Dean Dobson, pro se.*

PER CURIAM.—This petition for alternative writ of mandamus is fatally defective for failure to prosecute it in the name of the State of Indiana, and for failure to comply with Rule 2-35 as to certified copies of the proceedings in the trial court.

Petition denied.